

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DONALD TERRELL RICE<br>    FED. REG. NO. 93507-071<br>VS. | CIVIL ACTION NO. 07-1465<br><br>SECTION P<br>JUDGE DRELL |
| WARDEN FREDRICK MENIFEE | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus (28 U.S.C. §2241) be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 10th day of December, 2007.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**